# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID R. ROGERS, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. A. NO. 23-164-MU |
| TIFFIN MOTOR HOMES, INC., *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1) Defendant Great American pay Rogers, as damages for revocation of acceptance, $205,437.40.[1]

(2) Defendant Tiffin pay Rogers, for violation of the MMWA, attorney's fees and costs in an amount to be determined upon submission of Rogers' post-judgment motion. No other damages are awarded for violation of the MMWA.

(3) No damages are awarded for breach of warranty as Plaintiff has prevailed on his revocation of acceptance claim and all appropriate incidental and consequential damages have been awarded as part of that claim.

**DONE** and **ORDERED** this the 10th day of June, 2025.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This amount is subject to adjustment for monthly payments made after trial, if established in a post-judgment motion from Rogers, which is to be filed within 14 days of this Judgment.